# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3393

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| Mario B. Valdez-Aldaba, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: June 5, 2009
Filed: July 23, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mario Valdez-Aldaba appeals the district court's[1] dismissal of his post-judgment motion seeking to modify his sentence to grant him credit for time served on a state sentence. The district court dismissed the motion as untimely under Federal Rule of Criminal Procedure 35(a). Valdez-Aldaba's counsel has moved to withdraw.

Because Valdez-Aldaba's post-judgment motion was filed more than eighteen months after his sentencing, we conclude that the district court correctly denied it as

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

untimely, whether it is characterized as a motion to correct a sentence under Rule 35(a), or as a motion for relief from an illegal sentence under section 2255.  <u>See</u> 28 U.S.C. § 2255(f)(1) (indicating motion for relief from sentence under § 2255 must be filed within 1 year from date on which judgment of conviction became final); Fed. R. Crim. P. 35(a) (providing for correction of sentence "[w]ithin 7 days after sentencing").

Accordingly, we affirm and grant counsel's motion to withdraw.

_____